UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Prunyah Godiah T/Miss Payne's El Bey_

Write the full name of each plaintiff.

**20 CV 521**

_____CV_____
(Include case number if one has been assigned)

-against-

_Cubesmart Self Storage_

_Cubesmart Store 0558_

_Cubesmart Corp_

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☐ Yes   ☐ No

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐   **Federal Question**

☐   **Diversity of Citizenship**

## A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

*American with Disabilities Act, Mental health act, As a Business need to provide the Rights Items accordy to your business live trash Bands Cubsmart Store # 0558 in the Bronx loc. my storage refused Me access to get My serume, Vintgo & asthma medications w. that me pay them fees just because i left a bag of garbage in the Place that they wheelchair resign in Manhattan while they do business in the Bronx waits me to take it here on*

## B.   If you checked Diversity of Citizenship

### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , *Binyah Codieb* is a citizen of the State of *Binyah Codieb*
(Plaintiff's name)

*New York*

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _Cubesmart Self Storage : Cubesmart Store #0558_, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant, _Cubesmart Self Storage : Cubesmart #0558_, is incorporated under the laws of

the State of _PA P . NY Bronx_

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____ .

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_Prinzah Sadiat 7/M.M Rhendap Payne's El-Bey_

First Name          Middle Initial          Last Name

_40 Ann Street #2B1_

Street Address

_New York NY          10038_

County, City          State          Zip Code

_(754) 999 7318 (2P) 704-8688          Rhendap. inc @gmail.com_

Telephone Number          Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:  Cubesmart Self Storage Corp
_____
First Name                    Last Name

Corporate office Cubesmart
_____
Current Job Title (or other identifying information)

5 Old Lancaster road
_____
Current Work Address (or other address where defendant may be served)

Malvern  PA   19355
_____
County, City            State            Zip Code

Cubesmart.com

Defendant 2:  Cubesmart Self Store  Store # 0558
_____
First Name                    Last Name

Brook Av Store # 0558
_____
Current Job Title (or other identifying information)

395 Brook AV
_____
Current Work Address (or other address where defendant may be served)

Bronx NYC 10458
_____
County, City            State            Zip Code

Defendant 3:
_____
First Name                    Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City            State            Zip Code

Defendant 4:

_____

First Name                          Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                        State                  Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

On January 13 2020 I went to get My Medications that the pharmacy send every 3months refill Via Mail for me that's store inside My Unit 3266 and also the bull's due on the 11 But I pay it early because they like to charge late fee fast I went to get My Seizure Medications ° Virtigo ° Asthma meds That's Store inside My Unit. When I went upstairs the the staff and the Manager have Put a Double lock in My lock the reason later Supervisor Eli Joh Day's gave me its because I left the garbage bags outside that I didn't take it long as they wanted it prior 3weeks ago that they knew what happen three weeks ago I was Mad so I assed him can he open it so I can get My Medications out because I Needed I was sawed he told Me his Not going to open it until I paid the fine so I called customer Service again file Complant I was told Someone should call me back I left Without my Medications not pay the bill they refused to accept My Rental payment Just because Cubesmart Whom a storage Place doesnot provide trash or garbage for Client to client Must finds ways to take their trash back home with them this is the first storage Place I ever heard of such Bs I had job having several seizure because of that

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Because of denial access from Cubesmart inside my unit I Land up having several seizures back to back without my medication. If continue having seizure like this Can put me into a Comma. Also my finger got cut between the door of Elevator & my wheelchair & the trash got cut i was/my finger was bleeding like a Cow.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

i am Suing Cubesmart over millions for denying me access to my health/Medications. as a Self storage Company people will have trash & Clients whom pay their monies everyone should not have to pack up their trash & take it back home with them that make no sense a lot of storage compay provide trash bens for Clients to throw away trash. Cubesmart should n't lock or hold my medications hostage because of such facts

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 1/7/2020 | _Pryor Cadrah MMAs Payne Elsey_ |
| Dated | Plaintiff's Signature |

| Pryor Cadrah | MMAs Payne | Elsey |
|---|---|---|
| First Name | Middle Initial | Last Name |

| 40 Ann Street #3B4 |
|---|
| Street Address |

| NY | NY | 10038 |
|---|---|---|
| County, City | State | Zip Code |

| (754) 999-7318 (212) 7043688 | Pleondays.mc@probonmail.co |
|---|---|
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

  If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7



**United States District Court**
**Southern District of New York**

# Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;

2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3. This service does *not* allow you to electronically file your documents;

4. It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

_____

Name (Last, First, MI)

_____

Address                  City                  State                  Zip Code

_____

Telephone Number                           E-mail Address

_____

Date                                       Signature

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007

b.   If the defendant is a corporation

The defendant, *(name)* Cubesmart , is
incorporated under the laws of the State of *(name)*

Cubesmart Self Storage _____, and has its principal place of
business in the State of *(name)* NYC _____ . *Or* is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

_____

_____

_____

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought. State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct. If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph. Attach
additional pages if needed.

I Rented out a unit @ Cubesmart Self Storage 395 Brook Av Bronx
Manager Eli Jay Day (718)292-4888 every three to ten 10454
Since been with the Company Because I have pets & some of my pets six months
loves to eat my medications ` health products I have so I went at
the units, on Dec 15 2019 I decided to cleanup while looking for
my Birth Certificate that I needed for DMV, I didn't kept time to
track so they were closing ` My Stuffs was out they told me they don't
Get over the so I was told Come back early in the morning when they
open to finish so I did so. After Finished on Dec 16, 2019 put my stuffs down

Back after I had [Wedd] shop I had garbage black bags out after Clients came I was asked if they can threw their garbage inside my garbage, I see no problem thinking to myself is a storage place they should have place to threw away your trash so after I was done I went down to asked them where shall I threw the 2 big trash black Bag that me & other clients used to threw away Kleintrash that's when Elijay Day the manager told me I must take my trash home, they don't provide trash I was shock, I told him it's impossible for me to wheel 2 BIG plastic trash bags into a bus, a train or another bus to get home he told me he don't care am in wheelchair as I tried to get the trash out from

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

2nd floor to my hand got cut @ my wheel & the streter. Bleeding when ask for Bandage they told me they have none so I left with a bleeding Finger, I lost the outside bees of the elevator Going me upstairs

on 11/13/2020 I went to the unit 3266 acct# 3266608 the [?] goes up I want to pay the bill so that's when supervisor Elijah Day told me they lock my unit down & I must pay all the fines, fee & penalties I told him I need my seizure med & Montgomeds inside let me get it he told me no I hand up having 5 seizure because I have no access to my medications. I am suing for over a millions Because Elijah Day Customer Rep my health at risk

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/16, 2020

Signature of Plaintiff _____

Printed Name of Plaintiff _____

6

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
### for the

Prunyah Godiah NMiAh Payne's ElBey
_____
Plaintiff/Petitioner
                                                          )
                                                          )      Civil Action No.
Cubesmart Self storage                                    )
_____                  )
Defendant/Respondent

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:


My gross pay or wages are:  $ 91.50  H A A   Bi weekly , and my take-home pay or wages are:  $ _____ per

*(specify pay period)* _____

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply):*

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☒ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☒ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☒ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☒ No |
| (e) Gifts, or inheritances | ☐ Yes | ☒ No |
| (f) Any other sources  H R A | ☐ Yes | ☐ No |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

State and Zip Code     Bronx  NYC 10454
Telephone Number       (718) 292 4888
E-mail Address         store0558@Cubesmart.Com
(if known)

Defendant No. 3

    Name                    _____
    Job or Title            _____
    (if known)
    Street Address          _____
    City and County         _____
    State and Zip Code      _____
    Telephone Number        _____
    E-mail Address          _____
    (if known)

Defendant No. 4

    Name                    _____
    Job or Title            _____
    (if known)
    Street Address          _____
    City and County         _____
    State and Zip Code      _____
    Telephone Number        _____
    E-mail Address          _____
    (if known)

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                _Runyah Qadiah N/Miss Faynes Elsey_

Street Address      _670 2nd Street #731_

City and County     _NYC_

State and Zip Code  _NY 10038_

Telephone Number    _(212) 804-8688   (754)999 7318_

E-mail Address      _premdaip.mc@gmail.com_

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.———————

Defendant No. 1

Name                _Cubesmart Self Storage Corp._

Job or Title        _Corporate office Cubsmart_
(if known)

Street Address      _5 old lancaster Road_

City and County     _PA Malvern PA_

State and Zip Code  _19355_

Telephone Number    _Manager Ravinder (610)971 3278_

E-mail Address      _Cubesmart.com_
(if known)

Defendant No. 2

Name                _Cubesmart self storage_

Job or Title        _Store 0558_
(if known)

Street Address      _395 Brook Avenue_

City and County     _Bronx NYC 10454_

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4.  Amount of money that I have in cash or in a checking or savings account:  $ *Only in Snap less then 140.00 Snap 3. Cash HRA Foodstamp*

5.  Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

*None*

6.  Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

*None*

7.  Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

*None*

8.  Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

*Storage*

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:  1/16/2020

_____
Applicant's signature

_____
Printed name

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Prinyah Godiah NMIA
Payne is Elbey

_____

_____

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

Curbsmart Corp, Elizabeth, manager Curbsmart
Curbsmart self Storage
Store 05880 Curbsmart.Com

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
              *(check one)*

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐   **Federal Question**

☐   **Diversity of Citizenship**

## A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Americans With Disabilities Act Mental health acts Cubsmart Stored 0558 in the bronx lock My storage refused me access to get My Seizure, Virtigo, Asthma Medications with out me paying their fines that because I left 2 bag of Garbage in the hall that they wants me to take home am in Wheelchair

## B.   If you checked Diversity of Citizenship

Resign in Manhattan while they in Bronx Ny.

### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____ MISS Payne 's ELBey is a citizen of the State of
                (Plaintiff's name)

New York
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

What is the basis for federal court jurisdiction?  *(check all that apply)*

☐  Federal question          ☐  Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.  **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

        The plaintiff, *(name)* Punyah Sadiah NM!AA Paznes El 1xy is a citizen of
        the State of *(name)* ____NYC____

    b.  If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated
        under the laws of the State of *(name)* _____,
        and has its principal place of business in the State of *(name)*
        _____

        *(If more than one plaintiff is named in the complaint, attach an additional
        page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of
        the State of *(name)* _____. *Or* is a citizen of
        *(foreign nation)* _____

since its a storage place the sign that there is should be
places to throw your trash, I and I told them so head after
I finished clean up my unit, I went down stairs as
where can I throw away the trash before I go that
when Elijah Day the manager told me they do not
provide trash for clients I was suprised I asked
what do you mean its a storage place every storage
place have trash place clients throw out their trash, he told
me I have to take my trash home I told him is
impossible I am in wheelchair I resign in Manhattan
I have to catch a bus 19BX, 2 m train, then 103 M Bus have
I cannot carry 2 Bag of trash me wheeling myself with
then He told me he does nt care, I left as I tried
to set one trash Bag inside the elevator to so
                    down stairs

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical
treatment, if any, you required and received.

the elevator closed the trash Bag was @ the door a
my wheel cut in the middle of it my middle finger
start Bleeding I manage with bleeding setting it
inside I put it in the corner down stair next to the
elevator I went to asked for a bandage since was bleeding
Bad then told me they don't provide such to clients, so I so
set mad I left there s no way a Disable person can carry
      **IV. RELIEF**
State briefly what money damages or other relief you want the court to order.

on January 12, 2020 I wants to pay my storage bill
and set out my seizure medications o vingso med
out of my storage since all of my pills meds had was
only 5 left went/ I went up the lock my storage, I went
down stairs I call the customer toll free $1 to comple
Elijah told me he cannot allow me access to take
my medications non accept any payments to a
my storage until I pay the fine for living out the
trash for not taking trash home so I call customer
service told them I need access to my medications
they told me some one would call me, a

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| Dated | Plaintiff's Signature |
|---|---|
| First Name | Middle Initial | Last Name |

Street Address

County, City        State        Zip Code

Telephone Number        Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☒ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

Finyah Sodiah y/Miss payne's El-Bey
Name (Last, First, MI)

40 Ann Street # 3BA Nyc 10038
Address                  City                    State              Zip Code

(754) 999-7318  (212) 8688   promdays.inc@
Telephone Number                              E-mail Address     promfonmail.?

1/18/2020
Date                                           Signature

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Qrinyah Godiah Y/Missa Payne's El Bey

Write the full name of each plaintiff.

\_\_\_\_\_CV_____
(Include case number if one has been
assigned)

-against-

Cubesmart Self Storage
Cubesmart Store 0558

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

COMPLAINT

Do you want a jury trial?
☒ Yes   ☐ No

---

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

If the defendant is an individual:

*Store 0558*

The defendant, _Cubesmart Self Storage_, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_Cubesmart Self Storage à Cubesmart Store 0558_

If the defendant is a corporation:

The defendant, _Cubesmart Self Storage_, is incorporated under the laws of

the State of _PA / NY Bronx_

and has its principal place of business in the State of _PA à Bronx ny_

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_Prinyah Sodiah_        _Premdayp NM_    _Isa Payne's El-Bey_
First Name              Middle Initial   Last Name

_40 Ann Street # 2BA_
Street Address

_New York_        _NY_        _10038_
County, City      State       Zip Code

_(754) 999-7318_            _Premdayp.Inc@Protonmail.com_
Telephone Number           Email Address (if available)
_(212) 804-8688_

**B.   Defendant Information**

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: Cubesmart Self Storage Corp.

First Name                          Last Name

Corporate Office

Current Job Title (or other identifying information)

5 old Lancaster Road Malven,

Current Work Address (or other address where defendant may be served)

PA                                          1935S

County, City                        State              Zip Code

Defendant 2: Cubesmart Self Storage Store 0558

First Name                          Last Name

395 Brook Avenue

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

Bronx                NyC              10454

County, City          State          Zip Code

Defendant 3: _____

First Name                          Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                        State              Zip Code

Defendant 4: _____

First Name _____ Last Name _____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City _____ State _____ Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I Rented a Unit @ CubeSmart Self Storage located at 395 Brook Av Bronx nyc every 3 or 6 month they raised the fee. When I got the Unit My HHA pack my stuffs up for me to put into the unit Because I have Pets that kept eating my medications. I have to constantly pay high Vet. So I rented out the Unit to store health stuffs. Medications since I have a lot of illness & take a lot of meds. on Dec 15, 2020 I Decided to clean up & look up for my Birth Certificate that I will need for DMV. I didn't look & keep the time then hours passed then made the announcement they closing 20 I got in contact with them, they told me I have to return next day early in the morning to finish clean up I said fine. the next day got there start cleaning another client whom was above me wants me to clean the place spotless because he used my unit to stand up to reach his unit I told him the Roads are clear you can reach your unit he got mad went to complain to Elijah Day the manager I didn't care As I was continue to clean I had a Bag of trash other client whom was there asked if they can put their trash inside my trash

Page 5