USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __5/15/20___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRINYAH GODIAH NMIAA PAYNES EL-BEY,

                    Plaintiff,

              -against-

CUBESMART SELF STORAGE,
CUBESMART STORE 0558, and
CUBESMART CORP.,

                    Defendants.

1:20-cv-0521 (GHW)

<u>ORDER</u>

GREGORY H. WOODS, United States District Judge:

      On May 13, 2020, Defendants filed a motion to compel arbitration.  Dkt. No. 8.  Plaintiff is directed to file any opposition by no later than June 13, 2020.  Defendants' reply, if any, is due within one week after the date of service of Plaintiff's opposition.

      To make filing easier during the COVID-19 pandemic, the Court has established a temporary email address that pro se party litigants may use to file documents.  Alternatively, pro se parties may submit documents by regular mail or in person at the drop box located at the U.S. Courthouse in Manhattan (500 Pearl Street).  More information, including instructions on this new email service for pro se parties, is available at

https://www.nysd.uscourts.gov/sites/default/files/pdf/covid-19/Notice%20-%20Pro%20Se%20Email.pdf.

      SO ORDERED.

Dated:   May 15, 2020

                                      GREGORY H. WOODS
                                  United States District Judge