USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRINYAH GODIAH NMIAA PAYNES EL-
BEY,

                                    Plaintiff,

                    -against-

CUBESMART SELF STORAGE,
CUBESMART STORE 0558, and
CUBESMART CORP.,

                                    Defendants.

1:20-cv-0521 (GHW)

ORDER

GREGORY H. WOODS, United States District Judge:

A conference in this matter is scheduled for June 8, 2020, at 1:00 p.m.  Accordingly, it is

hereby

ORDERED that the conference will take place by Skype for Business videoconference.  To

access the conference, paste the following link into your browser:

https://meet.lync.com/fedcourts-nysd/gregory_woods/63NON2DL.

To use this link, you may need to download software to use Skype's videoconferencing

features.[1]  Participants are directed to test their videoconference setup in advance of the conference

-- including their ability to access the link above.  Users who do not have an Office 365 account may

use the "Join as Guest" option.  When you successfully access the link, you will be placed in a

"virtual lobby" until the conference begins.  Participants should also ensure that their webcam,

microphone, and headset or speakers are all properly configured to work with Skype for Business.

---

[1] *See* Microsoft, *Install Skype for Business* (last visited Apr. 29, 2020),
https://support.office.com/en-us/article/install-skype-for-business-8a0d4da8-9d58-44f9-9759-
5c8f340cb3fb.

For further instructions concerning Skype for Business and general guidelines for participation in video and teleconferencing, visit https://nysd.uscourts.gov/covid-19-coronavirus.

If you intend to join the conference from an Apple device, you should ensure that you are running a version of Skype for Business that was published on or after April 28, 2020.[2] Users running earlier versions have encountered an issue in which Skype for Business does not receive any inputs from the computer's microphone, and they cannot be heard by other participants.

IT IS FURTHER ORDERED that members of the press, public, or counsel who are unable to successfully access Skype for Business, may access the conference audio using the following credentials:

Call-in number: 917-933-2166

Conference ID: 12529851

IT IS FURTHER ORDERED that counsel for Defendants is directed to email a copy of this order to Plaintiff.

Dated: June 3, 2020

_____
Gregory H. Woods
United States District Judge

---

[2] *See, e.g.*, Microsoft, *Skype for Business on Mac* (last visited  May 5, 2020), https://www.microsoft.com/en-us/download/details.aspx?id=54108.