USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/9/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRINYAH GODIAH NMIAA PAYNES EL-BEY,

                Plaintiff,

-against-

CUBESMART SELF STORAGE,
CUBESMART STORE 0558, and
CUBESMART CORP.,

                Defendants.

1:20-cv-0521 (GHW)

ORDER

GREGORY H. WOODS, United States District Judge:

On June 8, 2020, the Court held a conference in this matter. The deadline for Plaintiff to file her opposition to Defendants' motion to compel arbitration, Dkt. No. 8, is extended to July 8, 2020. The deadline for Defendants to file their reply to Plaintiff's opposition is extended to July 22, 2020.

For the reasons stated on the record, Plaintiff's request for a preliminary injunction is denied. Defendants have agreed to allow Plaintiff to retrieve all of her belongings from her storage unit by June 22, 2020, if Plaintiff gives 48 hours advance notice and retrieves her belongings during business hours.

Counsel for Defendants is directed to email a copy of this order to Plaintiff.

SO ORDERED.

Dated: June 8, 2020

                                                        GREGORY H. WOODS
                                                    United States District Judge