USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/17/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRINYAH GODIAH NMIAA PAYNES EL-BEY,

                Plaintiff,

-against-

CUBESMART SELF STORAGE, CUBESMART STORE 0558, and CUBESMART CORP.,

                Defendants.

1:20-cv-0521 (GHW)

ORDER

GREGORY H. WOODS, United States District Judge:

On June 8, 2020, the Court extended the deadline for Plaintiff to file her opposition to Defendants' motion to compel arbitration, Dkt. No. 8, to July 8, 2020. Dkt. No. 14. As of the date of this order, the Court has not received Plaintiff's opposition. Plaintiff is directed to submit her opposition forthwith, and in no event later than August 1, 2020.

    SO ORDERED.

Dated:   July 17, 2020

                                            GREGORY H. WOODS
                                            United States District Judge