USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/26/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PRINYAH GODIAH NMIAA PAYNES EL-BEY,

                Plaintiff,

-against-

CUBESMART SELF STORAGE,
CUBESMART STORE 0558, and
CUBESMART CORP.,

                Defendants.

1:20-cv-00521-GHW

ORDER

---

GREGORY H. WOODS, United States District Judge:

    The Court has received Plaintiff's opposition to Defendants' motion to compel arbitration. Dkt. No. 22. The Court anticipates holding an evidentiary hearing in order to determine whether Plaintiff is bound by the arbitration clause in the storage rental agreement at issue here. By separate order to be entered concurrently with this order, the Court is requesting pro bono counsel for Plaintiff for the limited purpose of representing Plaintiff in connection with the evidentiary hearing. The Court will schedule the hearing when pro bono counsel appears.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff.

    SO ORDERED.

Dated: August 25, 2020
New York, New York

                                            Gregory H. Woods
                                            United States District Judge