USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/20

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

1:20-cv-0521(GHW)

Order Requesting Pro Bon Counsel

PRINYAH GODIAH NMIAA PAYNES EL-BEY

    Plaintiff,

    -against

**MEMORANDUM ENDORSED**

CUBESMART SELF STORAGE, ET AL.,

    Defendants,

---------------------------------------------------------------

Dear, JUDGE Gregory Woods

According to the court documents that was mail from the court to me and the United Postal Services Service truly delay when I got the letter I reach out to Nylang for legal helps after back and forth with them via email was able to speak to several people via emails. Anyway I wish out to them requested for them to help me find a pro-bono attorney and I also spoke to prosy office at the court house was informed that it will take times requesting Bono attorney to be assigned to me, since I do have now the laws am not attorney I am requesting help to have attorney assigned to me. Also I am planning on relocate out of NYC back South to my home state I am not sure if any future hearing can be held by telephone call.

Thank you,

sincerely,

/s/ Prinyah Godiah

(718) 790-7104

Premdays.inc@protonmail.com

On August 25, 2020, the Court entered an order directing the Clerk of Court to attempt to locate pro bono counsel for the limited purpose of representing Plaintiff at the anticipated evidentiary hearing.  Dkt. No. 25.  The Court noted that "[d]ue to a scarcity of volunteer attorneys, a lengthy period of time may pass before counsel volunteers to represent Plaintiff." *Id.* at 4-5.  The Court understands that pro bono counsel may be preparing to take on Plaintiff's case.  If counsel does take on Plaintiff's case, counsel will reach out to Plaintiff directly.  If and when pro bono counsel enters a notice of appearance, the Court expects to schedule a conference call regarding the evidentiary hearing, including Plaintiff's request that the evidentiary hearing be conducted telephonically.

The Clerk of Court is directed to terminate as moot the motion pending at Dkt. No. 28, which asked the Court to request pro bono counsel.  The Court has already done so.  The Clerk of Court is further directed to mail a copy of this order to Plaintiff by first class and certified mail.

SO ORDERED.

Dated: October 30, 2020  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge