```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/24/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRINYAH GODIAH NMIAA PAYNES EL-BEY,

                Plaintiff,

-against-

CUBESMART SELF STORAGE,
CUBESMART STORE 0558, and
CUBESMART CORP.,

                Defendants.

1:20-cv-00521-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On August 25, 2020, the Court entered an order directing the Clerk of Court to attempt to locate pro bono counsel for the limited purpose of representing Plaintiff at the anticipated evidentiary hearing regarding Defendants' motion to compel arbitration. Dkt. No. 25. On November 23, 2020, Chael J. Clark entered a notice of limited appearance as *pro bono* counsel on behalf of Plaintiff. Dkt. No. 30.

The Court will hold a conference call regarding the anticipated evidentiary hearing on December 1, 2020 at 1:00 p.m. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

      SO ORDERED.

Dated: November 24, 2020

                                                Gregory H. Woods
                                          United States District Judge