Case 1:20-cv-00521-GHW   Document 32   Filed 12/08/20   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/8/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRINYAH GODIAH NMIAA PAYNES EL-BEY,

          Plaintiff,

-against-

CUBESMART SELF STORAGE, CUBESMART STORE 0558, and CUBESMART CORP.,

          Defendants.

1:20-cv-00521-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    On December 1, 2020, the Court held a conference regarding the anticipated evidentiary hearing in this matter. The parties were directed to file a joint letter setting forth a proposed schedule for limited discovery in advance of the hearing. That letter was due no later than December 7, 2020. As of the date of this order, the Court has not received that letter. The parties are directed to file their joint letter forthwith, and in no event later than December 11, 2020.

    As further discussed during the conference, counsel for Plaintiff is directed to ensure he is properly listed as counsel of record on the docket to ensure he receives proper electronic service of docket filings.

    While Plaintiff's counsel appeared at the conference, Plaintiff did not. Plaintiff later emailed the Court to ask why she had not been given notice of the conference. Notice should have been sent via email, but due to a clerical error, notice appears to have been sent to the wrong email address. The Court has taken steps to rectify that error. Plaintiff or counsel for Plaintiff is directed to notify the Court if Plaintiff does not receive notice of this order via the Court's electronic filing system. Plaintiff is reminded that all communications with the Court must be by letter filed on the Court's electronic filing system.

2

Plaintiff may wish to confer with counsel regarding the December 1, 2020 conference.

Defendants are directed to email a copy of this order to Plaintiff and Plaintiff's counsel.

SO ORDERED.

Dated: December 8, 2020

_____
Gregory H. Woods
United States District Judge