Case 1:20-cv-00521-GHW   Document 34   Filed 12/09/20   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/20

**KERLEY, WALSH, MATERA & CINQUEMANI, P.C.**
A PROFESSIONAL CORPORATION INCORPORATED IN THE STATE OF NEW YORK

BRIAN P. KERLEY
JEFFREY G. WALSH
ROSEMARY CINQUEMANI
GLENN J. MATERA
JEFFREY M. D1LUCCJO
PATRICK J. SHELLEY
STEPHEN E. RACH II
JAMES P. CRONIN
ROBERT K. LAPPING
LAUREN B. BRISTOL
TIMOTHY M. SHELLEY
KERRI E. LEVY

200 SHEFFIELD STREET, SUITE 208
MOUNTAINSIDE, NEW JERSEY 07092
(908) 264-7361
Fax (866) 490-8940

2174 JACKSON AVENUE
SEAFORD, NEW YORK 11783

555 FIFTH AVENUE, 14TH FLOOR
NEW YORK, NEW YORK 10017

*REMIT ALL RESPONSES TO THE
NEW JERSEY OFFICE

RICHARD J. HULL (NEW JERSEY OFFICE)
JOHAN A. OBREGON (NEW JERSEY OFFICE)

BRETT J. MILGRJM
ARGIRO DRAKOS
STEPHANIE A. JOHNSTON
FARIJE FREILICH
ANGELA M. SANTORUFO
JOY WODA SCHNEIDER
KRISTEN SPOEREL, OF COUNSEL

December 8, 2020

**VIA ECF**

Honorable Gregory H. Woods, U.S.D.J.
United States District Court, S.D.N.Y.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMORANDUM ENDORSED**

Re:  El Bey v. Cubesmart Self Storage et al.
     Action No.:  1:20-cv-00521-GHW
     **Our File No.: 24634**

Dear Judge Woods:

Pursuant to Your Honors directives, counsel for the parties have met and conferred, and propose the following supplemental discovery to be completed by March 31, 2021, prior to the evidentiary hearing:

- Plaintiff to provide defendant with the full name and last known address, to the extent available, of the individual who accompanied plaintiff at the time she first obtained her storage unit from the subject Cubesmart location, by December 31, 2020;
- Plaintiff to provide defendant with the full name and last known address of plaintiff's friend who referred to plaintiff the individual who accompanied plaintiff when she first obtained her storage unit from the subject Cubesmart location, by December 31, 2020; and
- Non-party witness depositions of the two individuals outlined above to be completed by March 31, 2021.

Plaintiff is not seeking any supplemental discovery from defendant.

**KERLEY, WALSH, MATERA & CINQUEMANI, P.C.**

Hon. Gregory H. Woods, U.S.D.J.
Page **2** of **2**

Further, the parties wish to advise the Court that they are engaging in potential settlement discussions, in an effort to resolve this matter.

Thank you for your attention in this regard.

Respectfully submitted,

*/s/ Johan A. Obregon*　　　　　　　　　　*/s/ Chael J. Clark*
Johan A. Obregon　　　　　　　　　　　　Chael J. Clark
Counsel for Defendants　　　　　　　　　Counsel for Plaintiff on a limited basis

JAO/ms

Application granted. The deadline for Plaintiff to provide Defendants with the names and addresses of the individuals identified in this letter is December 31, 2020. The deadline for the completion of the depositions of those individuals is March 31, 2021.

In light of the upcoming discovery deadlines and the anticipated evidentiary hearing, Defendants' motion to compel arbitration, Dkt. No. 8, is deemed withdrawn. Defendants are directed to re-file their motion to compel arbitration, addressing if necessary any issues that will be raised during the evidentiary hearing, by April 21, 2021. Plaintiff's opposition is due by May 12, 2021; Defendants' reply, if any, is due by May 19, 2021.

Counsel for Defendants is directed to serve a copy of this order on Plaintiff and Plaintiff's counsel. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 8.
SO ORDERED.

Dated: December 8, 2020

_____
GREGORY H. WOODS
United States District Judge