KERLEY, WALSH, MATERA & CINQUEMANI, P.C.

A PROFESSIONAL CORPORATION INCORPORATED IN THE STATE OF NEW YORK

BRIAN P . KERLEY
JEFFREY G. WALSH
ROSEMARY CINQUEMANI
GLENN J. MATERA
JEFFREY M. DiLUCCIO
PATRICK J. SHELLEY
STEPHEN E. RACH II
JAMES P. CRONIN
ROBERT K. LAPPING
LAUREN B. BRISTOL
TIMOTHY M. SHELLEY
KERRI E. LEVY

200 SHEFFIELD STREET, SUITE 208

MOUNTAINSIDE,    NEW JERSEY  07092

(908) 264-7361

Fax (866) 490-8940

_____

2174 JACKSON AVENUE
SEAFORD, NEW YORK 11783

555 FIFTH AVENUE, 14TH FLOOR
NEW YORK, NEW YORK  10017

*REMIT ALL RESPONSES TO THE
NEW JERSEY OFFICE

RICHARD J. HULL (NEW JERSEY OFFICE)
JOHAN A. OBREGON (NEW JERSEY OFFICE)

_____

BRETT J. MILGRJM
ARGIRO DRAKOS
STEPHANIE A. JOHNSTON
FARIJE FREILICH
ANGELA M. SANTORUFO
JOY WODA SCHNEIDER
KRISTEN SPOEREL, OF COUNSEL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __5/20/2021__

May 19, 2021

**VIA ECF**

Honorable Gregory H. Woods, U.S.D.J.
United States District Court, S.D.N.Y.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

# MEMORANDUM ENDORSED

Re:    **El Bey v. CubeSmart Self Storage et al.**
       **Action No.:    1:20-cv-00521-GHW**
       **Our File No.: 24634**
       _____

Dear Judge Woods:

This office represents the defendant, CubeSmart L.P. s/h/a CubeSmart Self Storage, CubeSmart Store 0558, and CubeSmart Corp. with respect to the above referenced matter.

By way of this letter, CubeSmart hereby withdraws its pending motion to compel this matter to arbitration.

Jointly, the parties agree that the next step in this action is for the defendant to respond to the plaintiff's complaint.  As Carlton Fields has appeared as pro bono counsel to plaintiff for the limited purpose of responding to matters related to CubeSmart's motion to compel arbitration, it is our understanding that withdrawal of the motion will terminate Carlton Fields' limited representation and plaintiff will proceed with this action *pro se.*

Defendant respectfully request that the time for the defendant to file a response to the Complaint be extended for 30 days.

Thank you for your attention in this regard.

**KERLEY, WALSH, MATERA & CINQUEMANI, P.C.**

Respectfully submitted,

*/s/ Johan A. Obregon*
JOHAN A. OBREGON

JAO/ms

Application granted.  Defendants have withdrawn their motion to compel.  The deadline for Defendants to answer or otherwise respond to Plaintiff's complaint is extended to June 21, 2021.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 40.

SO ORDERED.

Dated:  May 20, 2021
New York, New York

GREGORY H. WOODS
United States District Judge