UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____                  │
│ DATE FILED:  09/3/2021               │
└─────────────────────────────────────┘
```

PRINYAH GODIAH NMIAA PAYNES EL-
BEY,

                    Plaintiff,

            -against-

CUBESMART SELF STORAGE,
CUBESMART STORE 0558, and
CUBESMART CORP.,

                    Defendants.

1:20-cv-00521-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The Court will hold a status conference with respect to this matter on September 24, 2021 at

2:00 p.m.  The conference will take place in Courtroom 12C of the United States District Court for

the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street,

New York, New York, 10007.

Defendants are directed to email a copy of this order to Plaintiff.

SO ORDERED.

Dated:  September 2, 2021
        New York, New York

_____
        Gregory H. Woods
     United States District Judge