```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRINYAH GODIAH NMIAA PAYNES EL-BEY,

                Plaintiff,

-against-

CUBESMART SELF STORAGE,
CUBESMART STORE 0558, and
CUBESMART CORP.,

                Defendants.

1:20-cv-00521-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    The status conference scheduled for September 24, 2021 at 2:00 p.m. will now be conducted remotely. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules. The parties should call into the Court's dedicated conference line at (888) 557-8511, and enter Access Code 747-0200, followed by the pound (#) key.

    Defendants are directed to email a copy of this order to Plaintiff.

    SO ORDERED.

Dated: September 20, 2021
New York, New York

                              _____
                              GREGORY H. WOODS
                              United States District Judge