```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PRINYAH GODIAH NMIAA PAYNES EL-BEY,

                Plaintiff,

-against-

CUBESMART SELF STORAGE, CUBESMART STORE 0558, and CUBESMART CORP.,

                Defendants.

1:20-cv-00521-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    On September 24, 2021, the Court held a status conference. For the reasons stated on the record at that conference, Defendants' motion to dismiss, Dkt. No. 56, is denied. As described by the Court during the conference, Plaintiff's September 15, 2021 request, Dkt. No. 69, is also denied, as the Court does not have the authority to grant Plaintiff's request. Further, Defendants are directed to send to Plaintiff by email a copy of the interrogatory previously served on her. Plaintiff is directed to respond to Defendants' interrogatory within two weeks.

    Defendants are instructed to send a copy of this order along with a copy of the transcript from the September 24, 2021 status conference, to Plaintiff by email.

    The Clerk of Court is instructed to close the motions currently pending at Dkt. Nos. 56 and 69.

    SO ORDERED.

Dated: September 24, 2021
New York, New York

                              _____
                              GREGORY H. WOODS
                              United States District Judge