UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/2021

PRINYAH GODIAH NMIAA PAYNES EL-BEY,

                Plaintiff,

-against-

CUBESMART SELF STORAGE,
CUBESMART STORE 0558, and
CUBESMART CORP.,

                Defendants.

1:20-cv-00521-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    Defendants filed a letter on October 6, 2021 asking the Court to conduct the October 14, 2021 conference by phone. Dkt. No. 74. The Court granted that request. Dkt. No. 75. On October 8, 2021, Plaintiff requested that the conference line be made private. Dkt. Nos. 76 and 77. While the Court appreciates Plaintiff's desire for privacy, the Court is unable to grant Plaintiff's request. As would be the case if these proceedings were being held in person at the courthouse, the telephone conference must be accessible to the public. The parties are therefore directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties should call into the Court's dedicated conference line at (888) 557-8511, and enter Access Code 747-0200, followed by the pound (#) key. The parties are also directed to comply with Rule 2(C) of the Court's Emergency Rules.

    Defendants are directed to email a copy of this order to Plaintiff.

    The Clerk of Court is directed to mail a copy of this order by first class mail to Plaintiff.

    SO ORDERED.

Dated: October 9, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge