USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRINYAH GODIAH NMIAA PAYNES EL-BEY,

                    Plaintiff,

-against-

CUBESMART SELF STORAGE,
CUBESMART STORE 0558, and
CUBESMART CORP.,

                    Defendants.

1:20-cv-00521-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    On October 5, 2021, the Court scheduled an in-person conference for October 14, 2021. Dkt. No. 73. Defendants filed a letter on October 6, 2021 asking the Court to conduct the October 14, 2021 conference by phone or alternatively in person on a different date. Dkt. No. 74. The Court granted that request and ordered that the October 14, 2021 conference be held by telephone. Dkt. No. 75. On October 8, 2021, Plaintiff requested that the conference line be made private. Dkt. Nos. 76 and 77. The Court denied Plaintiff's request. Dkt. No. 79. In response, Plaintiff filed a letter requesting that the telephone conference be adjourned and held in person. Dkt. No. 79.

    In light of Plaintiff's request for an in-person conference, the Court is adjourning the October 14, 2021 teleconference to October 22, 2021 at 3:00 p.m. The conference will take place in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

While the Court appreciates Plaintiff's desire for privacy, the Court reiterates that it cannot hold this conference in private. As with all in person proceedings, the October 22, 2021 conference will be open to members of the public.

Defendants are directed to email a copy of this order to Plaintiff.

The Clerk of Court is directed to mail a copy of this order by first class mail to Plaintiff.

SO ORDERED.

Dated: October 12, 2021  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge