```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| PRINYAH GODIAH NMIAA PAYNES EL-BEY,<br><br>                            Plaintiff,<br><br>-against-<br><br>CUBESMART SELF STORAGE, CUBESMART STORE 0558, and CUBESMART CORP.,<br><br>                            Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 10/25/2021<br><br>1:20-cv-00521-GHW<br><br>ORDER |

GREGORY H. WOODS, United States District Judge:

On October 22, 2021, the Court held a status conference to discuss the parties' discovery disputes. As discussed on the record, Defendants are directed to provide Plaintiff with a courtesy email copy of their response to her discovery request by October 25, 2021.

Plaintiff is ordered to reply to Defendants' interrogatories by no later than November 12, 2021. As described on the record, Plaintiff must provide complete and specific responses to all of Defendants' questions, with the exceptions noted below. Plaintiff must provide a complete written response to each question even if Plaintiff believes that the information requested is available in other documents or has already been provided to Defendants. The Court sustained Plaintiff's objection to interrogatory number 14. Therefore, Plaintiff does not need to respond to that question. In addition, counsel for Defendants stated during the conference that Plaintiff does not need to provide Plaintiff's social security number or place of birth.

Defendants are instructed to send a copy of this order along with a copy of the transcript from the October 22, 2021 status conference, to Plaintiff by email.

The Clerk of Court is directed to mail a copy of this order by first class mail to Plaintiff.

SO ORDERED.

Dated: October 25, 2021  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge