UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRINYAH GODIAH NMIAA PAYNES EL-BEY,

                  Plaintiff,

-against-

CUBESMART SELF STORAGE,
CUBESMART STORE 0558, and
CUBESMART CORP.,

                  Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/21

1:20-cv-00521-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    On December 20, 2021, Defendants filed a letter requesting a premotion conference on Defendants' anticipated motion for sanctions as a result of Plaintiff's discovery responses. Defendants' request for a conference is granted. The Court will hold a conference on January 11, 2022 at 1:00 p.m. in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007. Defendants are instructed to send a copy of this order to Plaintiff by email.

    The Clerk of Court is directed to mail a copy of this order by first class mail to Plaintiff and to terminate the motion pending at Dkt. No. 87.

    SO ORDERED.

Dated: December 20, 2021
New York, New York

                                        GREGORY H. WOODS
                                        United States District Judge