UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRINYAH GODIAH NMIAA PAYNES EL-BEY,

                Plaintiff,

-against-

CUBESMART SELF STORAGE,
CUBESMART STORE 0558, and
CUBESMART CORP.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/22

1:20-cv-00521-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    In light of Plaintiff's January 7, 2022 letter, Dkt. No. 90, the pre-motion conference scheduled for January 11, 2022 will be held by telephone. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties should call into the Court's dedicated conference line at (888) 557-8511, and enter Access Code 747-0200, followed by the pound (#) key. The parties are also directed to comply with Rule 2(C) of the Court's Emergency Rules.

    Defendants are instructed to send a copy of this order to Plaintiff by email.

    The Clerk of Court is directed to mail a copy of this order by first class mail to Plaintiff.

    SO ORDERED.

Dated: January 7, 2022
New York, New York

                              GREGORY H. WOODS
                            United States District Judge