UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRINYAH GODIAH NMIAA PAYNES EL-BEY,

                        Plaintiff,

-against-

CUBESMART SELF STORAGE,
CUBESMART STORE 0558, and
CUBESMART CORP.,

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/2022

1:20-cv-00521-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      In light of Plaintiff's recent letters, the Court wants to remind Plaintiff of a legal resource available to her. The New York Legal Assistance Group (NYLAG) runs a legal clinic for *pro se* litigants in the Southern District of New York. NYLAG provides *pro se* litigants with guidance and legal advice at all stages of the litigation process. Plaintiff may wish to seek out NYLAG's services in connection with the ongoing discovery disputes in this matter. Plaintiff may contact NYLAG's clinic at 212-659-6190 and can also make an appointment online at the following website: https://nylagoi.legalserver.org/modules/matter/extern_intake.php?pid=142&h=cea984&. There is additional information about the NYLAG clinic available at https://nylag.org/pro-se-clinic/.

      Defendants are instructed to send a copy of this order to Plaintiff by email.

      The Clerk of Court is directed to mail a copy of this order by first class mail to Plaintiff.

      SO ORDERED.

Dated: January 27, 2022
New York, New York

                                            GREGORY H. WOODS
                                       United States District Judge