UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRINYAH GODIAH NMIAA PAYNES EL-BEY,

                        Plaintiff,

-against-

CUBESMART SELF STORAGE,
CUBESMART STORE 0558, and
CUBESMART CORP.,

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/2022

1:20-cv-00521-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    As described in the Court's January 12, 2022 Order, the Court found that there was good cause to extend the fact discovery deadline for the limited purpose of permitting Defendants to take Plaintiff's deposition and for Plaintiff to provide defendants with the discovery already requested. Dkt. No. 92. As described in the January 12, 2022 Order, Plaintiff's completed responses to Defendants' document requests and interrogatories should have been completed by January 28, 2022. *Id.*

    The deadline for the parties to complete Plaintiff's deposition is **February 28, 2022**. Therefore, the status conference scheduled for Wednesday, February 2, 2022 is adjourned to March 14, 2022 at 4:00 p.m. The joint status letter requested in the case management plan and scheduling order entered on July 6, 2022, Dkt. No. 62, is due no later than March 7, 2022. Except as expressly modified by this order, the case management plan entered by the Court on July 6, 2022, Dkt. No. 62, remains in full force and effect.

    Defendants are directed to email a copy of this order to Plaintiff.

    The Clerk of Court is directed to mail a copy of this order by first class mail to Plaintiff.

    SO ORDERED.

Dated: January 31, 2022
New York, New York

                                              GREGORY H. WOODS
                                             United States District Judge