UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRINYAH GODIAH NMIAA PAYNES EL-BEY,

                      Plaintiff,

-against-

CUBESMART SELF STORAGE, CUBESMART STORE 0558, and CUBESMART CORP.,

                      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/16/2022

1:20-cv-00521-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

       The Court has received Defendant's February 14, 2022 letter motion for sanctions and for an extension of the fact discovery deadlines. Dkt. No. 100. The Court will hold a conference by telephone to discuss Defendant's requests. The conference will take place on **February 22, 2022 at 3:00 p.m.** The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties should call into the Court's dedicated conference line at (888) 557- 8511, and enter Access Code 747-0200, followed by the pound (#) key. The parties are also directed to comply with Rule 2(C) of the Court's Emergency Rules.

       The Clerk of Court is directed to mail a copy of this order by first class mail to Plaintiff at both her New York and Florida addresses.

SO ORDERED.

Dated: February 16, 2022
New York, New York

                                                GREGORY H. WOODS
                                                United States District Judge