UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRINYAH GODIAH NMIAA PAYNES EL-BEY,

                  Plaintiff,

-against-

CUBESMART SELF STORAGE,
CUBESMART STORE 0558, and
CUBESMART CORP.,

                  Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/22

1:20-cv-00521-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    The Court has received Plaintiff's April 21, 2022 letter. Dkt. No. 109. On March 11, 2022, the Court dismissed this case due to Plaintiff's failure to prosecute and her failure to comply with the Court's orders. *See* Dkt. No. 106. Specifically, Plaintiff failed to appear at multiple court conferences and failed to meet her discovery obligations. Because this case has been dismissed, the Court declines to take any action with respect to Plaintiff's letter.

    The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

    The Clerk of Court is directed to send a copy of this order and a copy of the order at Dkt. No. 106 to Ms. El Bey's Florida and New York addresses by certified mail.

    SO ORDERED.

Dated: April 22, 2022
New York, New York

                                  GREGORY H. WOODS
                                United States District Judge